U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 0 2009

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BIG BUCKS PRESERVE, LLC** | **CIVIL ACTION NO. 08-2021** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **COLUMBIA GULF TRANSMISSION COMPANY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 18], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant NiSource, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 8] is GRANTED, and Plaintiff's claims against Defendant NiSource, Inc. are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 20 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE